UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| J. ALAN KONECNY | § |
| | § |
| v. | §   CIVIL NO. 4:22-CV-442-SDJ |
| | § |
| MEDICAL CITY PLANO, INC., ET AL. | § |
| | § |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 24, 2023, the Report of the Magistrate Judge, (Dkt. #19), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff J. Alan Konecny's Motion for Summary Judgment, (Dkt. #6), and Motion to Dismiss for Want of Prosecution, (Dkt. #15), be denied. Konecny receives electronic notice in this matter. (Dkt. #8).

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff J. Alan Konecny's Motion for Summary Judgment, (Dkt. #6), and Motion to Dismiss for Want of Prosecution, (Dkt. #15), are each **DENIED**.

**So ORDERED and SIGNED this 6th day of July, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE